# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| BRIAN BRUCE and NICKY BRUCE,<br><br>Plaintiffs,<br><br>vs.<br><br>AZIMA DLI, LLC,<br><br>Defendant. | Case No. 3:20-cv-06116-TL<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE |

This matter came before the Court on the parties' Stipulated Motion for Dismissal With Prejudice. The Court, having reviewed the pleadings and documents on file, being fully apprised of the premise and legal authority relating to this issue, and having considered the parties' Stipulated Motion for Dismissal;

IT IS SO ORDERED that all claims in this action shall be dismissed with prejudice and without costs, with each party to bear its own attorneys' fees and other litigation expenses.

DATED this 28th day of April, 2022.

Tana Lin
United States District Judge

[PROPOSED] ORDER GRANTING
STIPULATED MOTION FOR DISMISSAL
WITH PREJUDICE - 1
Case No. 3:20-cv-06116-TL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

1 | Presented by:

2 | OGLETREE, DEAKINS, NASH, SMOAK
    & STEWART, P.C.

3

4 | By: */s/ Adam T. Pankratz*
    By: */s/ Emma A. Healey*

5 |     Adam T. Pankratz, WSBA #50951
    Emma A. Healey, WSBA #58384

6 |     1201 Third Avenue, Suite 5150
    Seattle, WA 98101

7 |     Telephone: (206) 693-7057
    Facsimile: (206) 693-7058

8 |     Email: adam.pankratz@ogletree.com
              emma.healey@ogletree.com

9

10 | *Attorneys for Defendant Azima DLI, LLC*

11

12 | Agreed as to Form:

13 | LONGSHOT LAW, INC.

14 | By: */s/ Chalmers C. Johnson*
    Chalmers C. Johnson, WSBA #40180

15 |     P.O. Box 1575
    Port Orchard, WA 98366

16 |     Telephone: (425) 999-0900
    Email: chalmersjohnson@gmail.com

17

18 | *Attorneys for Plaintiffs Brian Bruce and Nicky Bruce*

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE - 2
Case No. 3:20-cv-06116-TL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058